**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FRANK BRETT,

        Plaintiff,

v.                                              Case No. 6:16-cv-667-Orl-37TBS

DAVID BAKER; BILL NAULTY; DAVID
SAMSON; CAPE REGIONAL MEDICAL
CENTER; JOHN WHITE; DAVID
GRAHAM; ROB HOMES; ROB LAUFF;
STEINGER, ISCOE, GREEN;
STERLING TARBETT; MR. PIKE; and
STEPHIE BINGHAM LAPATA,

        Defendants.

**ORDER**

This cause is before the Court on the following:

1. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2), filed April 20, 2016;

2. Plaintiff's Motion to File 11 Pages of Evidence Logistics (Doc. 3), filed April 20, 2016; and

3. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 4), filed April 22, 2016.

On April 20, 2016, Plaintiff Frank Brett initiated the instant action asserting retaliation and civil rights claims against a litany of Defendants. (Doc. 1 ("**Complaint**").) Alongside his Complaint, Plaintiff filed: (1) an Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2 ("**Application**")); and (2) eleven pages of additional grievances (Doc. 3 ("**Additional Pages**")).

Construing the Additional Pages as a continuation of the Complaint, U.S. Magistrate Judge Thomas B. Smith recommends that the Court deny Plaintiff's Application, dismiss the Complaint with prejudice, and direct the Clerk to terminate any pending motions and close the file. (Doc. 4 ("**R&R**").) In support, Magistrate Judge Smith finds that: (1) amendment would be futile; and (2) Plaintiff's claims are "frivolous, incredible, and part of an ongoing pattern of filing meritless lawsuits." (*Id.* at 4–5).) Indeed, the R&R lists seventeen other frivolous lawsuits filed by Plaintiff within the U.S. District Court for the Middle District of Florida. (*Id.* at 4.) Plaintiff did not object to the R&R.

Having independently reviewed the R&R for fairness and in the absence of any objection, this Court agrees with Magistrate Judge Smith and adopts the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (suggesting that a de novo review is only required when a party objects to the proposed findings and recommendations).

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 4) is **ADOPTED AND CONFIRMED** and made a part of this Order.
2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.
3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.
4. The Clerk is **DIRECTED** to terminate all pending motions and **CLOSE** the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 10, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

*Pro Se* Party